396 A.2d 42

Commonwealth v. Morway, Appellant.

Submitted April 11, 1977. Dean A. Bowman, for appellant; Frederick F. Coffroth, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.